HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL ANDREW WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00234-KJM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BAIL REVIEW HEARING |
| v. | |
| DANIEL ANDREW WALKER, | Date: December 30, 2019<br>Time: 2:00 p.m. |
| Defendants. | Judge: Hon. Alison Claire. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through James R. Conolly, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Daniel Andrew Walker, that the bail review hearing scheduled for December 30, 2019, at 2:00 p.m., be vacated and the matter continued to January 2, 2020, at 2:00 p.m.

The reasons for the continuance is both parties need more time to prepare.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: December 27, 2019

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for DANIEL ANDREW WALKER

Stipulation and Order -1-

| | |
|---|---|
| DATED: December 27, 2019 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ James R. Conolly*<br>JAMES R. CONOLLY<br>Assistant United States Attorney<br>Attorney for Plaintiff |

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the December 30, 2019 bail review hearing shall be continued until January 2, 2020, at 2:00 p.m.

DATED: December 30, 2019

HON. ALLISON CLAIRE
United States Magistrate Judge