UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 02, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL ANDREW WALKER,

Defendant.

Case No. 2:19-cr-00234-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __DANIEL ANDREW WALKER__,

Case No. __2:19-cr-00234-KJM__ Charge __18 U.S.C. § 922(g)(1)18 U.S.C. § 922(g)(1)__,

from custody for the following reasons:

       Release on Personal Recognizance

       Bail Posted in the Sum of $ _____

  X   Unsecured Appearance Bond $ __50,000__

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

(Other): __Pretrial conditions as stated on the record.__

  X   __The defendant shall be released on January 3, 2020 at 9:00am to Pretrial Service Officer.__

Issued at Sacramento, California on January 02, 2020 at 2:24

By: _____

Magistrate Judge Allison Claire