| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| | DANIEL WALKER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00234- KJM |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **AMENDING CONDITIONS OF RELEASE** |
| vs. | ) |
| DANIEL WALKER, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through James Connolly, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for defendant DANIEL WALKER, that the conditions of release be modified as follows:

At the request of Pretrial Services, in response to the defendant's ongoing medical needs, expected successful completion of a federally contracted 90 day residential substance abuse treatment program, and circumstances arising from the COVID-19 pandemic, and without objection from the signed parties, Special Conditions #14, 15, and 18, as noted below, are suspended from being imposed by Pretrial Services until further notice. The parties will re-visit these conditions on or after June 1, 2020, to determine if necessary to re-impose via Court order.

14. Following release from inpatient treatment, you must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio

Stipulation and proposed order amending
conditions of release

frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

15. **CURFEW:** You must remain inside your residence every day from 8pm to 8am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligation;

16. //

17. //

18. You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Allison Claire, Courtroom 26, on a date and time to be determined.

Mr. Walker has been fully compliant with all of his Pretrial Services Conditions. Pretrial Service Officer Steve Sheehan and Assistant United States Attorney James Connolly concur with the conditions listed above. All other conditions are to remain as ordered.

Dated: March 19, 2020      Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
DANIEL WALKER

Dated: March 19, 2020      McGregor W. Scott
United States Attorney

*/s/ James Connolly*
JAMES CONNOLLY
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

Stipulation and proposed order amending conditions of release

IT IS HEREBY ORDERED that Mr. DANIEL WALKER's confinement and curfew conditions are modified as listed above. All other conditions of release are to remain as previously ordered.

DATED: March 24, 2020

*(signature)*
HON. EDMUND BRENNAN
Chief United States Magistrate Judge