| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 288639<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant<br>DANIEL WALKER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-00234- KJM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [~~PROPOSED~~] ORDER AMENDING CONDITIONS OF RELEASE** |
| vs. | ) | |
| DANIEL WALKER, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through James Conolly, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for defendant DANIEL WALKER, that the conditions of release be modified as follows:

At the request of the Defendant, in response to the defendant's ongoing medical needs, the successful completion of 83 days of the federally contracted 90-day residential substance abuse treatment program, and circumstances arising from the COVID-19 pandemic, which has resulted in the reduction of group counseling services, and without objection from the signed parties, Special Conditions #17 is modified to permit the Defendant to be released from the 90-day residential substance abuse program one week early, on March 25, 2020. Any further treatment or counseling shall be at the discretion of U.S. Pretrial Services.

Stipulation and proposed order amending
conditions of release

| | |
|---|---|
| 1 | Mr. Walker has been fully compliant with all of his Pretrial Services Conditions. Pretrial Service Officer Steve Sheehan and Assistant United States Attorney James Conolly concur with the conditions listed above. All other conditions are to remain as ordered. |

Mr. Walker has been fully compliant with all of his Pretrial Services Conditions. Pretrial Service Officer Steve Sheehan and Assistant United States Attorney James Conolly concur with the conditions listed above. All other conditions are to remain as ordered.

Dated: March 25, 2020  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
DANIEL WALKER

Dated: March 25, 2020  McGregor W. Scott
United States Attorney

*/s/ James Conolly*
JAMES CONNOLLY
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that Mr. DANIEL WALKER's terms and conditions of pretrial release are modified as listed above. The Defendant shall be released from the 90-day program on March 25, 2020. All other conditions of release are to remain as previously ordered.

DATED: March 26, 2020

HON. EDMUND F. BRENNAN
United States Magistrate Judge