HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
DANIEL WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>DANIEL WALKER  )<br>  )<br>  )<br>Defendant.  )<br>  ) | Case No. 2:19-cr-00234- KJM<br><br>**AMENDED [PROPOSED] ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY ORDERED that Mr. DANIEL WALKER's confinement and curfew conditions are modified as follows:

Special Conditions #14, 15, and 18, as noted below, be removed.

14. Following release from inpatient treatment, you must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

15. **CURFEW:** You must remain inside your residence every day from 8pm to 8am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligation;

16. //

17. //

-2-

18. You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Allison Claire, Courtroom 26, on a date and time to be determined.

All other conditions of release are to remain as previously ordered.

DATED: August 11, 2020

HON. EDMUND F. BRENNAN
United States Chief Magistrate Judge