HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
(916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
DANIEL ANDREW WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:19-cr-00234-DAD -1 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | REQUEST FOR RULE 43 WAIVER OF APPEARANCE AND [PROPOSED] ORDER |
| DANIEL ANDREW WALKER, | ) | |
| Defendant, | ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, Daniel Andrew Walker, hereby waives the right to be present in person in open court or by video teleconference for all non-substantive proceedings in this case.

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver, and agrees that his interests will be represented at all times by the presence of his attorney, the same as if the defendant were personally present.  The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

//

1  Dated: September 8, 2022

2
*/s/ Daniel Andrew Walker*
DANIEL ANDREW WALKER
3
(Defendant)
Original retained by attorney
4

5  Dated: September 8, 2022

6
*/s/ Douglas Beevers*
DOUGLAS BEEVERS
7
Assistant Federal Defender
Attorney for Defendant
8

9

10  IT IS SO ORDERED.

11  Dated:  **September 8, 2022**              ____Dale A. Drozd____
                                              UNITED STATES DISTRICT JUDGE
12

*United States v. Daniel Andrew Walker*                    *Request for Rule 43 Waiver of Appearance*
*(2:19-cr-00234-DAD)*

2