PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ANDREW WALKER,<br><br>Defendants. | CASE NO. 2:19-CR-234-DAD<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS INDICTMENT<br><br>DATE: November 8, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

Based on the United States' representations in its Unopposed Motion to Extend Time to File Opposition to Defendant's Motion to Dismiss Indictment, the Court finds good cause to grant the motion and orders the following revised briefing schedule:

　　　　a)　　Government's opposition to the defendant's Second Motion to Dismiss Indictment, ECF No. 76, is due on or before November 29, 2022;

　　　　b)　　Defendant's reply to the government's opposition is due on December 2, 2022;

　　　　c)　　Should the Court choose to hear oral argument on the defendant's motion, the hearing shall be re-set for December 6, 2022, at 9:30 a.m., before this Court.

IT IS SO ORDERED.

Dated: __October 25, 2022__

　　　　　　　　　　　　　　　　　　　　_/s/ Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER

1