1  PHILLIP A. TALBERT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-234-DJC |
   | --- | --- |
12 | Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA HEARING; ORDER |
13 | v. | DATE: December 7, 2023 |
14 | DANIEL ANDREW WALKER, | TIME: 9:00 a.m. |
   | Defendant. | COURT: Hon. Daniel J. Calabretta |
15

16                         **STIPULATION**

17     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18 through defendant's counsel of record, hereby stipulate as follows:

19     1.   By previous order, this matter was set for trial on January 29, 2024, with a trial

20 confirmation hearing set for December 7, 2023. ECF No. 87. The Court ordered that time be excluded

21 under Local Code T4, up to and including the trial date. *Id.*

22     2.   By this stipulation, the parties now move to vacate the trial date and to set this matter for

23 a change of plea hearing on December 7, 2023, before this Court.

24     3.   The parties have reached a resolution in this case, which has been memorialized in a

25 written agreement, thereby removing the need for trial.

26     4.   Because defense counsel intends to use the time between now and December 7, 2023, to

27 prepare their client for the change of plea hearing and to otherwise continue his review and investigation

28 of the discovery for the purposes of plea and sentencing, the exclusion of time under Local Code T4

remains appropriate.

5. The government does not object to maintaining the current exclusion of time under Local Code T4 up to and including December 7, 2023, based on defense counsel's representations.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 1, 2023                         PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ JAMES R. CONOLLY
                                                 JAMES R. CONOLLY
                                                 Assistant United States Attorney

Dated:  December 1, 2023                         /s/ DOUGLAS BEEVERS
                                                 DOUGLAS BEEVERS
                                                 CHRISTINA SINHA
                                                 Assistant Federal Defenders
                                                 Counsel for Defendant
                                                 DANIEL ANDREW WALKER

## ORDER

The Court, having read the foregoing stipulation of the parties, and adopting the representations therein, orders as follows:

1. The matter is set for a change of plea hearing on December 7, 2023, at 9:00 a.m., before this Court.
2. The trial date of January 29, 2024, and the trial confirmation hearing date of December 7, 2023, are vacated.
3. The exclusion of time under Local Code T4, currently running through January 29, 2024, by prior order of this Court, will remain in place.

IT IS SO FOUND AND ORDERED this 4th day of December, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2