HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL ANDREW WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-cr-00234-DJC |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DANIEL ANDREW WALKER, | Date: June 6, 2024 |
| Defendants. | Time: 9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Phillip Talbert, United States Attorney, through James R. Conolly, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Daniel Andrew Walker, that the  sentencing hearing scheduled for June 6, 2024, at 9:00 a.m., be vacated and the matter continued to August 22, 2024, at 9:00 a.m.

The reasons for the continuance is that defense needs time to prepare sentencing by interviewing witnesses and visiting the scene of the alleged relevant conduct in Siskiyou County, as well as continuing to review the discovery in the case.  In addition, Defense counsel needs to review the decision in *United States v. Duarte*, --- F.4th ----2024 WL 2068016 (May 9, 2024) which struck down 18 U.S.C. §922(g) and changed the law from the time when the parties litigated the motion to dismiss in this case.  This Court is currently set to hear a Second Amendment motion to dismiss for a defendant with similar prior convictions in United States v. Monte Shepard on August 15, 2024.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 30, 2024

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for DANIEL ANDREW WALKER

DATED: May 30, 2024

PHILLIP TALBERT
United States Attorney

*/s/ James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the June 6, 2024 shall be continued until August 22, 2024, at 9:00 a.m.

Dated: May 31, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE