HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
DANIEL ANDREW WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-0234 DJC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING DEADLINE FOR SELF-SURRENDER** |
| DANIEL ANDREW WALKER, | Judge:   Hon. Daniel J. Calabretta |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip Talbert, United States Attorney, through James R. Conolly, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Daniel Andrew Walker, that the self-surrender date which is currently set for November 7, 2024 be continued to November 14, 2024, by 12:00 p.m.

The reason for extending the self-surrender date is that the Bureau of Prisons designated a facility just 3 days before Mr. Walker's self-surrender date.  Defendant had requested and was expecting a Texas designation but Defense agrees the designation is an appropriate one. Defense requests a 1 week extension on the date of self surrender to enable Mr. Walker to travel from Texas to Kansas.

AUSA James Conolly has indicated that he does not oppose this extension time to self-surrender.

Order Extending Deadline For Self-Surrender

-1-

1

2       DATED: November 5, 2024

3                                               Respectfully submitted,

4                                               HEATHER E. WILLIAMS
                                                Federal Defender
5
                                                /s/ Douglas J. Beevers
6                                               DOUGLAS J. BEEVERS
                                                Assistant Federal Defender
7                                               Attorney for DANIEL ANDREW WALKER

8       DATED: November 5, 2024                 PHILLIP TALBERT
9                                               United States Attorney

10                                              /s/ James R. Conolly
                                                JAMES R. CONOLLY
11                                              Assistant United States Attorney
                                                Attorney for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **O R D E R**

2

3        IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

4    stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its

5    order.

6        It is further ordered the November 14, 2024 surrender date shall be continued one week.

7    The Defendant is ordered to surrender to the facility designated by the Bureau of Prisons on

8    November 14, 2024 before 12:00 p.m.

9

10    Dated:  November 6, 2024         /s/ Daniel J. Calabretta

11                          THE HONORABLE DANIEL J. CALABRETTA

12                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Extending Deadline For Self-Surrender